J. Christopher Jorgensen (State Bar #5382)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Defendant*
*Barclays Bank Delaware*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD I. KRIEGER,<br><br>  Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE,<br><br>  Defendant. | Case: 2:13-cv-01392-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| LEWIS ROCA ROTHGERBER LLP | HAINES & KRIEGER, LLC |
| /s/ J. Christopher Jorgensen | /s/ David H. Krieger |
| J. Christopher Jorgensen | David H. Krieger |
| 3993 Howard Hughes Parkway, Ste. 600 | 8985 S. Eastern Avenue, Ste. 130 |
| Las Vegas, NV 89169 | Henderson, NV 89123 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| DATED: 12/20/2013 | DATED: 12/20/2103 |

IT IS SO ORDERED

[signature]

UNITED STATES DISTRICT JUDGE
DATED: December 20, 2013