J. Christopher Jorgensen (State Bar #5382)
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for Defendant
Barclays Bank Delaware*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LLOYD I. KRIEGER,<br><br>          Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE,<br><br>          Defendant. | Case: 2:13-cv-01392-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs.

| LEWIS ROCA ROTHGERBER LLP | HAINES & KRIEGER, LLC |
|---|---|
| */s/ J. Christopher Jorgensen*<br>J. Christopher Jorgensen<br>3993 Howard Hughes Parkway, Ste. 600<br>Las Vegas, NV 89169<br>Attorneys for Defendant<br>DATED: 12/20/2013 | */s/ David H. Krieger*<br>David H. Krieger<br>8985 S. Eastern Avenue, Ste. 130<br>Henderson, NV 89123<br>Attorneys for Plaintiff<br>DATED: 12/20/2103 |

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE
DATED: December 20, 2013